UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sajjad Abdollahramezani, et al.,

    Plaintiff(s),

v.

Pam Bondi, et al.,

    Defendant(s).

Case No. 3:25-cv-07764-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Wala Hijaz, an active member in good standing of the bar of the Middle District of Alabama, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Sajjad Abdollahramezani, et al., in the above-entitled action. My local co-counsel in this case is Bernard Wolfsdorf, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 107657.

365 Northridge Rd, Ste 300, Atlanta, GA 30350
MY ADDRESS OF RECORD

404-949-8165
MY TELEPHONE # OF RECORD

whijaz@immigration.net
MY EMAIL ADDRESS OF RECORD

1416 2nd Street, Santa Monica, CA, 90401
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

310-570-4088
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bernard@wolfsdorf.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1231C04J.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/15/2025

Wala Hijaz
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Wala Hijaz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 16, 2025

UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110
MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK
TELEPHONE (334) 954-3600

## CERTIFICATE OF GOOD STANDING

I, **TREY GRANGER**, Clerk of the United States District Court, Middle District of Alabama,

**DO HEREBY CERTIFY** that **Wala Ashraf Hijaz** was duly admitted to practice in said Court on **July 28, 2023**, and is in good standing as a member of the bar of said Court.

Dated at Montgomery, Alabama, on August 11, 2025.

**TREY GRANGER, CLERK**

By: *Dina Nix*
Deputy Clerk

