CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAJJAD ABDOLLAHRAMEZANI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General, United States Department of Justice, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-07764-LJC <br><br> **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS;  ORDER** |

    The parties submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On November 24, 2025, the Court granted the parties' request to stay proceedings until December 12, 2025. *See* Dkt. No. 1.  United States Citizenship and Immigration Services interviewed Plaintiff on December 1, 2025, as scheduled.  Following the interview, the agency is working towards completing adjudication of Plaintiffs' application.  The agency will notify Plaintiffs promptly if there is a change in the adjudication status of Plaintiffs' application.

    Accordingly, the parties stipulate and request that the proceedings in this case be stayed until February 10, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Stipulation to Stay
Case No. 3:25-cv-07764-LJC            1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 12, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: December 12, 2025

 /s/ Lindsay M. Vick
LINDSAY M. VICK
Kuck Baxter LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 15, 2025

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-07764-LJC                    2