CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAJJAD ABDOLLAHRAMEZANI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA BONDI, Attorney General, United States Department of Justice, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-07764-LJC <br><br> **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On December 15, 2025, the Court granted the parties' request to stay proceedings until February 10, 2026. *See* Dkt. No. 19. On January 21, 2026, United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Deny ("NOID") on Plaintiff Abdollahramezani's application. Once USCIS receives Plaintiff's response to the NOID, the agency will work diligently towards completing adjudication of Plaintiff's application.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 23, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 10, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 10, 2026

/s/ Danielle Claffey
DANIELLE CLAFFEY
Kuck Baxter LLC
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until April 23, 2026.

Date: February 11, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-07764-LJC                    2