UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAJJAD ABDOLLAHRAMEZANI, et al.,

Plaintiff(s),

v.

TODD WALLACE BLANCHE, et al.,

Defendant(s).

Case No. 3:25-cv-07764-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3)

I, Danielle M. Claffey , an active member in good standing of the bar of the Supreme Court of Georgia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Bernard Wolfsdorf , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA Bar No. 107657 .

| | |
|---|---|
| Kuck Baxter LLC, 365 Northridge Rd, Ste 300, Atlanta, GA 30350 | WR Immigration, 1416 2nd St, Santa Monica, CA 90401 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 404.949.8151 | (310) 570-4070 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dclaffey@immigration.net | bernard@wolfsdorf.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GA 222292 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

*United States District Court Northern District of California*

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/21/2026

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Danielle Maria Claffey___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 21, 2026

UNITED STATES MAGISTRATE JUDGE

Updated 11/2021

United States District Court
Northern District of California

2



## State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

**Ms. Danielle Maria Claffey**
**Kuck Baxter Immigration LLC**
**365 Northridge Road Suite 300**
**Atlanta, GA 30350**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **6/7/2007** |
| **BAR NUMBER:** | **222292** |
| **TODAY'S DATE:** | **03/25/2026** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA 31406-2562
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435