CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAJJAD ABDOLLAHRAMEZANI, *et al.*, | Case No. 3:25-cv-07764-LJC |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; ORDER** |
| PAMELA BONDI, Attorney General, United States Department of Justice, *et al.*, | |
| Defendants. | |

The parties submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On February 11, 2026, the Court granted the parties' request to continue the stay of proceedings until April 23, 2026. *See* Dkt. No. 21. United States Citizenship and Immigration Services ("USCIS") received Plaintiff's response to the Notice of Intent to Deny ("NOID") issued on Plaintiff's application. USCIS needs additional time to review Plaintiff's response.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until May 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.


Dated: April 23, 2026                              Respectfully submitted,[1]

                                                   CRAIG H. MISSAKIAN
                                                   United States Attorney


                                                    /s/ Molly A. Friend
                                                   MOLLY A. FRIEND
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


Dated: April 23, 2026
                                                    /s/ Danielle Claffey
                                                   DANIELLE CLAFFEY
                                                   Kuck Baxter LLC
                                                   Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until May 8, 2026.


Date:  April 24, 2026

                                                   _____
                                                   HON. LISA J. CISNEROS
                                                   United States Magistrate Judge


---

[1]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-07764-LJC                              2