CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAJJAD ABDOLLAHRAMEZANI, *et al.*, | Case No. 3:25-cv-07764-LJC |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS;  ORDER** |
| TODD BLANCHE[1], Acting Attorney General, United States Department of Justice, *et al.*, | |
| Defendants. | |

The parties submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On April 24, 2026, the Court granted the parties' request to continue the stay of proceedings until May 8, 2026. *See* Dkt. No. 25.  United States Citizenship and Immigration Services ("USCIS") is working to schedule an interview for Plaintiff for June 3, 2026. USCIS will work diligently towards taking adjudicative action on Plaintiff's application within 35 days after the interview, absent unforeseen circumstances that would require additional time for adjudication.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

[1] Todd Blanche is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d)

Stipulation to Stay
Case No. 3:25-cv-07764-LJC                    1

July 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 8, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 8, 2026

/s/ Danielle Claffey
DANIELLE CLAFFEY
Kuck Baxter LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  This case is stayed until July 8, 2026.

Date: May 11, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
Case No. 3:25-cv-07764-LJC                    2