CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAJJAD ABDOLLAHRAMEZANI, *et al.*,

Plaintiffs,

v.

TODD BLANCHE[1], Acting Attorney General, United States Department of Justice, *et al.*,

Defendants.

Case No. 3:25-cv-07764-LJC

**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiffs' Form I-485, Application to Register Permanent Residence or Adjust Status. On July 16, 2026, the Court granted the parties' request to continue the stay of proceedings until September 23, 2026, to allow Plaintiff time to submit a response to the parties to a Request for Evidence ("RFE") and to allow United States Citizenship and Immigration Services ("USCIS") to review Plaintiffs' response and complete adjudication of Plaintiffs' Form I-485. On September 14, 2026, USCIS issued a notice of decision on Plaintiffs' Form I-485. Plaintiffs have requested additional time to determine how they would like to proceed.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 7, 2026, at which time the parties will file a joint status report with the Court. At that time, the

[1] Todd Blanche is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d)

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: September 23, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: September 23, 2026

*/s/ Danielle Claffey*
DANIELLE CLAFFEY
Kuck Baxter LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. This case is stayed until October 7, 2026.

Date: September 24, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.